11 CV 3721

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

PFIZER INC., PFIZER LIMITED, and
PFIZER IRELAND PHARMACEUTICALS,

Plaintiffs,

v.

WATSON PHARMACEUTICALS, INC.
and WATSON LABORATORIES, INC.

Defendants.

Civil Action No. _____



## COMPLAINT FOR PATENT INFRINGEMENT

Pfizer Inc., Pfizer Limited, and Pfizer Ireland Pharmaceuticals (collectively "Pfizer" or

"Plaintiffs"), by their attorneys, for their complaint against Watson Pharmaceuticals, Inc. and

Watson Laboratories, Inc. (collectively "Watson" or "Defendants"), allege as follows:

### NATURE OF THE ACTION

1.     This is an action by Pfizer against Defendants for patent infringement of United

States Patent No. 6,469,012 (the "'012 patent"). This action arises out of Defendants' filing of

an Abbreviated New Drug Application ("ANDA") seeking approval by the United States Food

and Drug Administration ("FDA") to sell generic copies of Pfizer's revolutionary oral treatment

for erectile dysfunction, Viagra®, prior to the expiration of the '012 patent owned by Pfizer.

### THE PARTIES

2.     Pfizer Inc. is a corporation organized under the laws of the State of Delaware and

has its principal place of business located at 235 East 42nd Street, New York, New York. Pfizer

invests extensively in designing, developing, and evaluating new and innovative pharmaceutical

products and sells pharmaceutical products to the public throughout the United States.

1

3.     Pfizer Limited is a corporation organized under the laws of England and has its principal place of business at Ramsgate Road, Sandwich, Kent, England

4.     Pfizer Ireland Pharmaceuticals is a private unlimited liability company incorporated in Ireland having its registered office at Operations Support Group, Ringaskiddy, Co Cork, Ireland.

5.     Pfizer has all right, title, and interest in the '012 patent and the right to sue for infringement thereof.

6.     On information and belief, defendant Watson Pharmaceuticals, Inc. ("Watson Pharmaceuticals") is a corporation organized and existing under the laws of Nevada, having its principal place of business at Morris Corporate Center III, 400 Interpace Parkway, Parsippany, New Jersey 07054.

7.     On information and belief, defendant Watson Laboratories, Inc. ("Watson Laboratories") is a corporation organized and existing under the laws of Nevada, having its principal place of business at 311 Bonnie Circle, Corona, California 92880.

8.     On information and belief, Watson Laboratories is a wholly owned subsidiary of Watson Pharmaceuticals.

## JURISDICTION AND VENUE

9.     This action arises under the patent laws of the United States, Title 35, United States Code. The Court has subject matter jurisdiction over this action pursuant to the provisions of 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

10.     Venue is proper in this judicial district pursuant to the provisions of 28 U.S.C. §§ 1391 and 1400(b).

11.     Watson Pharmaceuticals is subject to personal jurisdiction in New York under CPLR 301 and 302(a) due, among other things, to Watson Pharmaceuticals' systematic,

purposeful, and continuous contacts in this district. On information and belief, Watson Pharmaceuticals has purposefully availed itself of this forum by making, shipping, using, offering to sell or selling, or causing others to use, offer to sell, or sell, pharmaceutical products in the State of New York including in this district and deriving revenue from such activities. Upon information and belief, Watson Pharmaceuticals owns properties and conducts business at the following locations in New York: Carmel, New York; Copiague, New York; and Brewster, New York.

12.    Watson Laboratories is subject to personal jurisdiction in New York under CPLR 301 and 302(a) due, among other things, to Watson Laboratories' systematic, purposeful, and continuous contacts in this district. On information and belief, Watson Laboratories has purposefully availed itself of this forum by making, shipping, using, offering to sell or selling, or causing others to use, offer to sell, or sell, pharmaceutical products in the State of New York including in this district and deriving revenue from such activities. On information and belief, Watson Laboratories is registered to do business in New York.

**BACKGROUND**

**The '012 Patent**

13.    On October 22, 2002, the United States Patent and Trademark Office ("USPTO") issued the '012 patent, titled "Pyrazolopyrimidinones for the Treatment of Impotence," based on an application filed by Dr. Peter Ellis and Dr. Nicholas Kenneth Terrett. Drs. Ellis and Terrett duly and legally assigned the '012 patent to Pfizer Inc. The USPTO, during the course of reexamination proceedings, has confirmed the patentability of claims 1–23, 25, and 26 of the '012 patent over numerous prior art references. The USPTO found claim 24 not patentable. Pfizer is only asserting claims 25 and 26 of the '012 patent in this case. A copy of the '012 patent is attached hereto as Exhibit A.

3

14.     Pfizer Limited is the owner of a beneficial interest in the '012 patent.

15.     Pfizer Ireland Pharmaceuticals is an exclusive licensee under the '012 patent.

## Orange Book Listing for Viagra®

16.     Pfizer holds an approved New Drug Application for treating erectile dysfunction with sildenafil citrate which Pfizer sells under the registered name Viagra®. Treatment of erectile dysfunction with Viagra® is covered by the '012 patent. Pursuant to 21 U.S.C. § 355(b)(1) and the regulations the FDA has promulgated pursuant thereto, the '012 patent is listed in the FDA publication titled "Approved Drug Products with Therapeutic Equivalence Evaluations" (the "Orange Book") for treatment of erectile dysfunction.

17.     The Orange Book lists the '012 patent's expiration date as October 22, 2019.

18.     The Orange Book also lists United States Patent No. 5,250,534 (the "'534 patent") with respect to Viagra®, and lists the '534 patent's expiration date as March 27, 2012.

## Watson's ANDA

19.     By letter dated May 3, 2011 (the "Watson Notice Letter"), Watson Laboratories notified Pfizer Inc. that it had filed ANDA No. 202506 with the FDA, seeking approval under the Federal Food, Drug and Cosmetic Act ("FDCA") to market and sell, prior to the expiration of the '012 patent, 25 mg, 50 mg, and 100 mg tablets of sildenafil citrate, generic copies of Viagra®, for treatment of erectile dysfunction (the "ANDA Products").

20.     The Watson Notice Letter states that ANDA No. 202506 contains a "Paragraph IV" certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV), alleging that "the '012 patent is invalid, unenforceable and/or will not be infringed by the commercial manufacture, use, or sale" of Watson's ANDA Products prior to the date of the expiration of the '012 patent.

21.     On information and belief, Watson Pharmaceuticals and Watson Laboratories collaborated and acted in concert in the decision to file and the filing of ANDA No. 202506.

4

## COUNT I
### (Patent Infringement by Defendant Watson)

22.     The allegations of paragraphs 1-21 above are repeated and re-alleged as if set forth fully herein.

23.     Pursuant to 35 U.S.C. § 271(e)(2)(A), Watson's filing of ANDA No. 202506 seeking approval to market Watson's ANDA Products is an act of infringement of each of claims 25 and 26 of the '012 patent entitling Pfizer to the relief provided by 35 U.S.C. § 271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for ANDA No. 202506 be a date which is not earlier than the expiration date of the '012 patent.

24.     Watson had knowledge of the '012 patent when it submitted ANDA No. 202506 to the FDA.

25.     Upon information and belief, Watson intends to engage in the manufacture, use, offer for sale, sale, and/or importation of the Watson ANDA Products with the proposed labeling. The use of Watson's ANDA Products in accordance with and as directed by Watson's proposed labeling would infringe each of claims 25 and 26 of the '012 patent.

26.     Upon information and belief, Watson intends to actively induce infringement of one or more claims of the '012 patent.

27.     Upon information and belief, Watson knows that the Watson ANDA Products and the proposed labeling are especially made or adapted for use in infringing each of claims 25 and 26 of the '012 patent and that the ANDA Products and the proposed labeling are not suitable for any substantial noninfringing use.

28.     Upon information and belief, Watson intends to contribute to the infringement of each of claims 25 and 26 of the '012 patent.

29.     The foregoing actions by Watson constitute and/or would constitute infringement of each of claims 25 and 26 of the '012 patent, active inducement of infringement of each of claims 25 and 26 of the '012 patent, and/or contribution to the infringement by others of each of claims 25 and 26 of the '012 patent.

30.     Pfizer will be substantially and irreparably harmed if Watson is not enjoined from infringing the '012 patent. Pfizer has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Pfizer requests the following relief:

A.     A judgment that Watson's submission of ANDA No. 202506 was an act of infringement and that Watson's making, using, offering to sell, selling or importing the Watson ANDA Products prior to the expiration of the '012 patent will infringe, actively induce infringement and/or contribute to the infringement of the '012 patent;

B.     A judgment that the effective date of any FDA approval for Watson to make, use offer for sale, sell, market, distribute, or import the Watson ANDA Products be no earlier than the expiration of the '012 patent;

C.     A permanent injunction enjoining Watson, its officers, agents, servants, and employees, and those persons in active concert or participation with any of them, from making using, selling, offering for sale, marketing, distributing, or importing the Watson ANDA Products, and from inducing or contributing to any of the foregoing, prior to the expiration of the '012 patent;

D.     A judgment that this case is an exceptional case under 35 U.S.C. § 285, entitling Pfizer to an award of its reasonable attorneys' fees for bringing and prosecuting this action;

E.   An award of Pfizer's costs and expenses in this action;

F.   Such further and additional relief as this Court deems just and proper.

DATED: June 1, 2011                    Respectfully submitted,

Aaron Stiefel (AS-6343)
Daniel DiNapoli (DD-4790)
Soumitra Deka (SD-7406)
Marc Zubick (MZ-1045)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000 telephone
(212) 836-8689 facsimile
astiefel@kayescholer.com
ddinapoli@kayescholer.com
sdeka@kayescholer.com
mzubick@kayescholer.com

*Attorneys for Plaintiffs Pfizer Inc., Pfizer
Limited, and Pfizer Ireland Pharmaceuticals*

# EXHIBIT A



US006469012B1

(12) **United States Patent**
Ellis et al.

(10) Patent No.: **US 6,469,012 B1**
(45) Date of Patent: **Oct. 22, 2002**

(54) **PYRAZOLOPYRIMIDINONES FOR THE TREATMENT OF IMPOTENCE**

(75) Inventors: **Peter Ellis; Nicholas Kenneth Terrett,** both of Sandwich (GB)

(73) Assignee: **Pfizer Inc,** New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/549,792**

(22) PCT Filed: **May 13, 1994**

(86) PCT No.: **PCT/EP94/01580**

§ 371 (c)(1),
(2), (4) Date: **Mar. 4, 1996**

(87) PCT Pub. No.: **WO94/28902**

PCT Pub. Date: **Dec. 22, 1994**

(30) **Foreign Application Priority Data**

Jun. 9, 1993 (GB) ............................................. 9311920

(51) Int. Cl.[7] ........................ A61K 31/519; A61P 15/10
(52) U.S. Cl. ........................................ 514/258; 514/929
(58) Field of Search .................................... 514/258, 929

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,987,160 A | 10/1976 | Broughton et al. | |
| 4,521,421 A | * 6/1985 | Foreman | 514/267 |
| 5,145,852 A | 9/1992 | Virag | 514/253 |
| 5,270,323 A | 12/1993 | Milne, Jr. et al. | |
| 5,278,192 A | 1/1994 | Fung et al. | |
| 5,399,581 A | 3/1995 | Laragh | |
| 5,436,272 A | 7/1995 | Scheinbaum | |
| 5,489,610 A | 2/1996 | Fung et al. | |
| 5,565,466 A | 10/1996 | Gioco et al. | |
| 5,891,904 A | 4/1999 | Stief et al. | |
| 6,037,346 A | 3/2000 | Doherty, Jr. et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 93117097.4 | 7/2000 | |
| DE | 4230755 | 3/1994 | |
| EP | 0143357 | 6/1985 | |
| EP | 0-201-188 | 12/1986 | |
| EP | 0439320 A1 | 7/1991 | |
| EP | 0463756 | 1/1992 | |
| EP | 0526004 | 2/1993 | |
| FR | 2547501 | 12/1984 | |
| JP | 5310599 | 4/1978 | |
| JP | 03044324 A | 2/1991 | |
| JP | 3044324 | 2/1991 | |
| JP | 03044324 | 2/1991 | A61K/31/52 |
| JP | 9503996 | 4/1997 | |
| WO | 89/10123 A1 | 11/1989 | |
| WO | 8910123 | 11/1989 | |
| WO | 94/28902 | 12/1994 | |
| WO | 96/16644 | 6/1996 | |
| WO | 99/21562 | 5/1999 | |
| WO | 00/66114 | 11/2000 | |

OTHER PUBLICATIONS

WPIDS abstract, AN 95–051606 [07], Coates et al., WO 9429277 (1994).*

Judgment of Nov. 8, 2000.

(List continued on next page.)

*Primary Examiner*—Edward J. Webman
(74) *Attorney, Agent, or Firm*—Peter C. Richardson; Gregg C. Benson; James T. Jones

(57) **ABSTRACT**

The use of a compound of formula (I)

(I)



wherein $R^1$ is H; $C_1$–$C_3$ alkyl; $C_1$–$C_3$ perfluoroalkyl; or $C_3$–$C_5$ cycloalkyl; $R^2$ is H; optionally substituted $C_1$–$C_6$ alkyl; $C_1$–$C_3$ perfluoroalkyl; $C_3$–$C_6$ cycloalkyl; $R^3$ is optionally substituted $C_1$–$C_6$ alkyl; $C_1$–$C_6$ perfluoroalkyl; $C_3$–$C_5$ cycloalkyl; $C_3$–$C_6$ alkenyl; or $C_3$–$C_6$ alkynyl; $R^4$ is optionally substituted $C_1$–$C_4$ alkyl, $C_2$–$C_4$ alkenyl, $C_2$–$C_4$ alkanoyl, (hydroxy)$C_2$–$C_4$ alkyl or ($C_2$–$C_3$ alkoxy)$C_1$–$C_2$ alkyl; CONR$^5$R$^6$; CO$_2$R$^7$; halo; NR$^5$R$^6$; NHSO$_2$NR$^5$R$^6$; NHSO$_2$R$^8$; SO$_2$NR$^9$R$^{10}$; or phenyl, pyridyl, pyrimidinyl, imidazolyl, oxazolyl, thiazolyl, thienyl or triazolyl any of which is optionally substituted with methyl; R$^5$ and R$^6$ are each independently H or $C_1$–$C_4$ alkyl, or together with the nitrogen atom to which they are attached form an optionally substituted pyrrolidinyl, piperidino, morpholino, 4-N(R$^{11}$)-piperazinyl or imidazolyl group; R$^7$ is H or $C_1$–$C_4$ $_{alkyl}$; R$^8$ is optionally substituted $C_1$–$C_3$ alkyl; R$^9$ and R$^{10}$ together with the nitrogen atom to which they are attached form an optionally substituted pyrrolidinyl, piperidino, morpholino or 4-N(R$^{12}$)-piperazinyl group; R$^{11}$ is H; optionally substituted $C_1$–$C_4$ alkyl; (hydroxy)$C_2$–$C_3$ alkyl; or $C_1$–$C_4$ alkanoyl; R$^{12}$ is H; optionally substituted $C_1$–$C_6$ alkyl; CONR$^{13}$R$^{14}$; CSNR$^{13}$R$^{14}$; or C(NH)NR$^{13}$R$^{14}$; and R713? and R$^{14}$ are each independently H; $C_1$–$C_4$ alkyl; or substituted $C_2$–$C_4$ alkyl; or a pharmaceutically acceptable salt thereof, or a pharmaceutical composition containing either entity, for the manufacture of a medicament for the curative or prophylactic treatment of erectile dysfunction in a male animal, including man; a pharmaceutical composition for said treatment; and a method of said treatment of said male animal with said pharmaceutical composition or with said either entity.

**26 Claims, No Drawings**

OTHER PUBLICATIONS

Annexes to Appellant's Notice of Appeal.
Respondent's Notice in the Court of Appeal.
Trial Transcripts—Nov. 26–30, 2000.
Trail Transcripts—Dec. 17–19, 2000.
Pfizer—Exhibits of the Opening Speeches.
Bayer Exhibits (2 volumes).
Trial Transcript—Oct. 4, 2000.
Trial Transcript—Oct. 5, 2000.
Trial Transcript—Oct. 6, 2000.
Trial Transcript—Oct. 10, 2000.
Trial Transcript—Oct. 11, 2000.
Trial Transcript—Oct. 12, 2000.
Trial Transcript—Oct. 13, 2000.
Trial Transcript—Oct. 17, 2000.
Trial Transcript—Oct. 18, 2000.
Exhibits Produced at Trial.
Resolution No. 00112 dated Jan. 18, 2000.
Action to declare void and to re-establish the right of Pfizer
Research and Development Company.
Declaration of Alonso Acuna Canas.
Declaration of Cesar Jaramillo.
Original Writ of Summons.
Original First Pleadings Regarding Jurisdiction, Admissibil-
ity of Certain Claims and Setting Aside Certain Parties.
Original Second Pleadings Containing Counterclaim for
Abuse of Procedure.
Original Third Pleadings Regarding Jurisdiction and Admis-
sibility of Claims.
Original Fourth Pleadings Regarding Jurisdiction and
Admissibility of Claims.
EPO Preliminary Opinion.
Submission to EPO dated Dec. 21, 2000.
Letter to EPO dated Dec. 30, 2000.
Transcript of Ian Eardley with Attachments.
Offer of Information (Japan) citing 7 documents.
Offer of Information (Japan) citing 12 documents.
Petition for Reconsideration Against Resolution No. 358.
Nullity Action.
Response to the Non–Compliance Action.
Annex A to Petitioner's Skeleton Argument.
Petition.
Re–amended Particulars of Objections.
Answer.
Respondent's Response to Notice to Admit Facts.
Petitioner's response to Notice to Admit Facts.
Voluntary Further Information concerning para 2(I) and
2(IV).
Defendant's Schedule in relation to Commercial Success.
Statement of the Patentee's Case on Claims 10 and 11.
Admissions by Respondent by letters.
Petitioner's Letter to Respondent (Jul. 4, 2000).
Respondent's Notice of Experiments.
Petitioner's Civil Evidence Act Notices and attachments.
Expert Report of Robert Gristwood (w/Annexes).
Expert Report of Lawrence Kruse (w/Annexes).
Expert Report of John Pryor (w/Annexes).
Second Expert Report of Robert Gristwood (w/Annexes).
Third Expert Report of Robert Gristwood.
Sutherland, J Biol Chem, 1958, 32: 1077–1091.
Butcher and Sutherland, Biochem J, 1962, 237: 1244–1250.
Gristwood et al, Br J Pharmacol, 1986, 89: 573P.
Gristwood and Owen, British Journal of Pharmacology,
1986, 87, 91P.

Torphy et al, Journal Pharmacol Exper Ther, 1993, 265:
1213–1223.
Fernandes et al, Am J Prspir Crit Care Med vol. 150,
1384–1390.
Witness Statement of Margaret Bush (w/Annexes).
Witness Statement of Dr. Francois Hyafil (w/Annexes).
Witness Statement of Julianna Jenkins (w/Annexes).
Witness Statement of Kate Loughney (w/Annexes).
Witness Statement of Sharon Wolda (w/Annexes).
Witness Statement of Lothar Uher (w/Annexes).
Witness Statement of Dr. Javier Angulo (w/Annexes).
Second Witness Statement of Dr. Margaret Bush.
Second Witness Statement of Dr. Javier Angulo.
Expert Report of Robert Challis (w/Annexes).
Expert Report of Ian Eardley (w/Annexes).
Expert Report of Louis Ignarro (w/Annexes).
Expert Report of Peter Ellis (w/Annexes).
Expert Report of Robin Leatherbarrow (w/Annexes).
Expert Report of Kenneth Duncan Macrae (w/Annexes).
Expert Report of Dennis Smith (w/Annexes).
Supplementary Expert Report of Kenneth Duncan Macrae
(w/Annexes).
Porst, J Urol (1993) 149, 1280–1283.
Challiss et al, Br J Pharmacol (1998) 124, 47–52.
Eardley, Current Opinion in Urology, 3(2): V 24.
Eardley, Current Opinion in Urology, 3(5): II–40.
Gruetter et al, J Cyclic Nucleotide Res 5: 211–124, 1979.
Krall, Fittinghoff and Rajfer, Biol Reprod, 39(4): 913–22.
Tanaka et al, 1992, Xenobiotica, vol. 22, pp 57–64.
Witness Statement of Peter Ellis (w/Annex).
Witness Statement of Dr. Stephen Ballard.
Report of Repeat Experiments the subject of the Respon-
dent's Notice of Experiments dated Aug. 11, 2000 (w/Ap-
pendixes).
First Witness Statement of Dr. Kenneth M. Ferguson (w/Ex-
hibits).
First Witness Statement of Mark Thomas Hodgson (w/Ex-
hibits).
Second Witness Statement of Mark Thomas Hodgson
(w/Exhibits).
Third Witness Statement of Mark Thomas Hodgson (w/Ex-
hibits).
Fourth Witness Statement of Mark Thomas Hodgson (w/Ex-
hibits).
Fifth Witness Statement of Mark Thomas Hodgson (w/Ex-
hibits).
First Witness Statement of James Michael Marshall (w/Ex-
hibits).
First Witness Statement of Trevor Martin Cook (w/Exhib-
its).
Second Witness Statement of Trevor Martin Cook (w/Ex-
hibits).
Third Witness Statement of Trevor Martin Cook (w/Exhib-
its).
Fifth Witness Statement of Trevor Martin Cook.
Sixth Witness Statement of Trevor Martin Cook.
First Witness Statement of Robert Geoffrey Paget Williams
(w/Exhibits).
Opposition Statement of Bristol–Myers Squibb.
Tohoku J. Exp. Med. by Yoshiastu Takahashi et al., pub-
lished in 1991, 165–49–58.
Rote Liste 1992 (Persantin®, INN: Dipyridamole and Tren-
tal®, INN: Pentoxifylline), ECV.

Pharmac. Ther. vol. 51, pp–13–31, 1991; by W. Joseph Thompson.

Exhibit 1; Gray's Anatomie, Churchill Livingstone, 38th Edition.

Exhibit 2; Prof. Dr. Med. J. C. Frölich, Oct. 12, 1998.

Br. J. Dis. Chest (1986) 80, 157; by J. Reiser et al.

JAGS 41: 363–366, 1993; by Stanley G. Korenman et al.

Journal of Medicine, vol. 10, No. 6, 1979; by J. L. Ambrus et al.

Br. J. Pharmacol. (1983), 108, 562–568; by J. Cortijo et al.

Arzneimittel–Forschung (Germany), 1988, vol. 38, pp. 379–382; by P. Cazzulani et al.

Abstract 88:6075 from IPA database (1988).

Opposition Statement of Fujisawa.

Physicians' Desk Reference, 46th edition, 1992, p. 409, 905, 1190.

The Journal of Pharmacology and Experimental Therapeutics, 251(3), pp. 1000–1005 (1989), McMahon et al.

British Journal of Diseases of the Chest, 77, p78–86 (1983), Rudd et al.

British Journal of Pharmacology, (1992), 106, p. 1028–1034, de Boer et al.

Biochemical Pharmacology, 46(5), p. 833–839 (1993), Sacki et al.

Opposition Statement of Eisai Co., Ltd.

Journal of Japanese Society of Urology, 83(10, p 1655–1661 (1992), Kawanishi et al.

Trends in Pharmacological Sciences including Toxicological Sciences, 11, No. 4, pp 150–155 (1990, Apr.), Beavo et al.

Hager's Handbuch der Pharmazeutischen Praxis, 4. Aufl., 1971, S. 675–676.

Opposition Statement of Synthelabo.

Angiology. vol. 42(5), 1991, p. 418–420 Kent S. Allenby et al "Pentoxifylline in the treatment of vascular impotence—Case reports".

Clin. Res. vol. 36(1), 123A, 1988, Korenman SG "Treatment of vasculogenic sexual dysfunctionwith pentoxifylline".

Post Graduate Medicine, vol. 88(2), 139–152, 1990 Whithead E. D. "Treatment alternatives for impotence".

Drug Therapy, vol. 19(8), 102–111, 1989, Fishman I. J. "Treating Erectile dysfunction".

Molecular Pharmacology 36(5), 773–781, 1989, Gillespie P. G. Et Beavo J. A. "Inhibition and stimulation of photoreceptor phosphodiesterases by dipyridamole and M&B22, 948".

J. Mol. Cell. Cardio vol. 12(10), 1980, 939–954, 1980, Argel M.I. et al., "Effect of phosphodiesterase inhibitors onheart contractile behaviour, protein kinase activity and cyclic nucleotide level"(abstract).

Physiol. Rev 75(4), 725–748, 1995, Beavo J. A., "Cyclic nucleotide phosphodiesterases: Functional implications of multiple isoforms".

Opposition Statement of Mochida Pharmaceutical Co.

Journal of Urology 147, 4th Supplement, p. 454A, 1992, No. 967, Aronson et al.

Martindale Extra Pharmacopoeia 29th Edition 1989, p. 1423, Heading 14026–m.

A) Notification of refusal of Jun. 19, 1997 in Japanese Patent Application 7501234 B) Response dated Jan. 8, 1998 from the patentees C) Further response dated Feb. 17, 1998 and Tables attached thereto D) Footnotes by the present opponents referring to 4(C).

International Journal of Impotence Research vol. 6, No. 1, Mar. 1994, pp. 33–35.

Opposition Statement of Ortho McNeil Pharmaceutical, Inc.

Aronson et al (1991) J. Urology 145: Abstract 516–D1.

Kukovetz et al (1979) Naunyn–Schmiedeberg's Arch. Pharmacol. 310: 129–138—D6.

ABPI Data Sheet Compendium 1990–91—D9, pp. 740–742.

Opposition Statement of Eli Lilly and Company.

ABPI Data Sheet Compendium 1991–1992 (Datapharm Publications Limited 1991) p. 588 Entry on Trental.

Trends Pharmacol. Sci. (TiPS), vol. 12, pp. 19 to 27 (1991), Nicholson et al, Differential modulation of tissue function and therapeutic potential of selective inhibitors of cyclic nucleotide phosphodiesterase isoenzymes.

Journal of Urology, vol. 149, 872–877, 1993, Trigo–Rocha et al, The role of cyclic adenosine monophosphate, cyclic guanosine monophosphate, endothelium and nonadrenergic, noncholinergic neurotransmission in canine penile erection.

Int. J. Impotence Res. (1992) 4 Suppl. 2, Abstracts of the 5th World Congress on Impotence, Milan, Sep. 14–17, 1992, Taher et.

Opposition Statement of Bayer AG.

German Gazette for Physicians 86, No. 33, Aug. 17, 1989, C–1436 to 1440, Haer et al.

Postgraduate Medicine, vol. 93, No. 3, Impotence, Feb. 15, 1993, Morley.

von Koenen: "Heil–und Giftpflanzen in Südwestafrika", Akademischer Verlag Windhoek, S.W.A., 1979, p. 61.

J. of Ethnopharmacology, 12 (1984) 35–74, particularly p. 42, Arnold et al.

CNN interactive on line—"Viagra? No, vuka vuka?" Jun. 19, 1998 (www.cnn.com).

Opposition Statement of Tanabe Seiyaku Co., Ltd.

Opposition Statement of Merck Patent Gmblt.

Opposition Statement of Schering–Plough Corp.

Opposition Statement of ICOS Corporation.

English Translation: Rote Liste 1992, pp. 36 073 and 54 108, (Persantin®, INN: Dipyridamole and Trental®, INN: Pentoxyfyline). (Reference 5 from the opposition of Bristol Myers Squibb).

English Translation: Prof. Dr. Med. J. C. Frolich, Oct. 12, 1998. (Exhibit 2 from the opposition of Bristol Myers Squibb).

English Translation: Haen & Emslander: Optimizing Therapy with Methylxanthines; German Gazette for Physicians, 86 (33), 1989, C–1435–C–1437 (Reference D3 from the opposition of Bayer AG).

English Translation: von Koenen: "Heil–und Giftpflanzen in Sudwestafrika", Akademischer Verlag Winkhoek, S.W.A., 1979, p. 61. (Reference D13 from the opposition of Bayer AG).

Patent in Suit.

Application as Filed.

Priority Document.

J. of Urol. (1993), vol. 149(4), p. 285A.

Petitioner's Notice of Experiments.

Disclosure Document # 18 : DN&P 4(7), Sep. 1991.

Disclosure Document # 110: The Lancet, vol. 340. Oct. 10, 1992.

Disclosure Document # 117: Science, vol. 258. Dec. 18, 1992.

Disclosure Document # 368: Pfizer's Public Affairs Briefing: Press Reports on Clinical Trials of UK–92,480 Jan. 1995.

Reports of Repeats of the Petitioner's Notice of Experiments 1–4.

Fourth Witness Statement of Trevor Martin Cook.

Grounds of Opposition of Opponent II, ICOS Corp, to EP–B–0702555.

Pfizer's Combined Response.

Statement of Defense by Pfizer in the District Court of the Hague.

Transcript of Hearing on May 17, 2000.

Transcript of Hearing on May 26, 2000.

Transcript of Hearing on Jun. 22, 2000.

Transcript of Hearing on Jul. 19, 2000.

Judgment Given at Hearing on Aug. 17, 2000.

Paediatrics, Andrology, Infertility, Editorial Comment, by Ian Eardley, Department of Urology, Sep. 1993, Norfolk and Norwich Hospital, UK.

Paediatrics, Andrology, Infertility, Editorial Comment, by Ian Eardley, Department of Urology, Apr. 1993, Leeds General Infirmary, Leeds, UK.

Letters Discussing Repeats of Experiments.

Petitioner's Opening Submissions for Trial Before Laddie J.—Oct. 4, 2000.

Pfizer's Skeleton Argument.

Petitioner's Closing Submissions.

Closing Submissions of Pfizer.

Technical Primer from the High Court Proceedings.

Order of Mr. Justice Laddie—Dec. 5, 2000.

Appellant's Notice.

Appellant's Skeleton Argument.

Respondent's Skeleton Argument.

Transcript of Proceedings from Day One: Dec. 11, 2001.

Transcript of Proceedings from Day Two: Dec. 12, 2001.

Transcript of Proceedings from Day Three: Dec. 13, 2001.

Transcript of Proceedings from Day Four: Dec. 14, 2001.

Transcript of Proceedings from Day Five: Dec. 17, 2001.

UK Confidentiality Appeal Judgment.

UK Appeal Judgment.

Petition for Leave to Appeal.

Petition of Lilly Icos LLC, for Leave to Cross Appeal.

Pfizer's Reply to Statement of Argument (w/attachments).

Bayer's Statement of Argument (D1–16) (w/attachments).

Day Two Minuscript: Nov. 27, 2000.

Day Three Minuscript: Nov. 28, 2000.

Day Four Minuscript: Nov. 29, 2000.

Day Five Minuscript: Nov. 30, 2000.

Day Six Minuscript: Dec. 17, 2000.

Day Seven Minuscript: Dec. 18, 2000.

Day Eight Minuscript: Dec. 19, 2000.

Day Nine Minuscript: Jan. 17, 2001.

Opposition by Bayer to Pfizer's Patent Application No. 121836.

"Double Blind Trial of Oral Prostaglandin E1 on Impotence" (1992) (abstract submitted in English).

Second Declaration by Dr. Kenneth Murray Dated Apr. 9, 2001.

Pfizer's Exhibits Produced During Opening Speeches and Cross–Examination.

Bayer's Exhibits Produced During Opening Speeches and Cross–Examination (2 binders).

Pfizer's Response to Bayer's Reply to the Application to Amend the Claims (w/translation).

Decision Dated Dec. 21, 2001.

Opposition Statement by Opponent 1: Virus.

Proprietor's Submissions from May 16, 2001 onwards (Binder A, Tabs 1–4).

Opponents' Submissions from Apr. 6, 2001 onwards (Binder A, Tabs 5–20).

Written Submissions/Presentations Made During the Hearing from Jul. 16–18, 2001 (Binder A, Tabs 21–26).

Translation of Tab 10 from Binder A.

Translation of Tab 17 from Binder A.

Submissions to the EPO (S 14–15; S 17; S 19; S 20; S 35–36; S47–52).

References Filed wit the EPO: D 1–D85 (2 binders).

Documents Filed by the Proprietors: D 86–D 118 (Binder B).

Documents Filed with the EPO: D 119–D 140 (Binder C).

Documents Filed with the EPO: D 141–D 163 (Binder D).

Letter Dated Dec. 21, 2000 with Submissions to European Patent Office.

Letter Dated Dec. 20, 2000 to European Patent Office.

Dissertation of Margaret Bush (part of "BQ").

Witness Statement of Margaret Bush (part of "BQ").

Witness Statement of Julianna Jenkins (part of "BQ").

Judgment given by Justice Laddie in the Revocation Action Nov. 10, 2000 (part of "BQ").

Judgment of Invalidity Proceedings in the District Court of the Netherlands Oct. 4, 2001 (part of "BQ").

Reissue of Summons (Dec. 4, 2000).

Transcript of Ian Eardley Examined by Mr. Kitchell w/attachments.

Letter to EPO Filing Further Documents (Apr. 5, 2001) (w/documents).

Documents Being Submitted by Lilly in EPO Opposition (May 14, 2001).

Further Substantive Submissions (in German) (May 2, 2001) (w/translation).

Documents Filed with EPO by Opponent 2 (May 14, 2001).

Further Substantive Submissions by O–3 (May 14, 2001).

Further Substantive Submission by O–6 (May 2, 2001).

Letter from Opponent VII of May 16, 2000.

Further Substantive Submissions by O–9 (w/English Translation) (May 11, 2001).

Further Substantive Submissions by O–11 (May 16, 2001).

Further Substantive Submissions by O–10 (May 16, 2001).

Further Substantive Submissions by O–12 (May 16, 2001).

Letter to by O–2 (May 16, 2001).

Letter Enclosing Annex G by O–2 (May 16, 2001).

Letter to EPO by O–2 dated Jun. 14, 2001.

Letter to EPO by O–5 dated Jun. 15, 2001.

Letter to Patentee dated Jun. 14, 2001.

Further Substantive Submissions by O–8 (May 30, 2001).

Response to Opposition Preliminary Opinion by Patent Office (w/attachments) (May 16, 2001).

Written Decision to Revoke Patent by EPO (Oct. 11, 2001) (Adverse EPO decision).

Further Substantive Submissions on Behalf of O–2 and O–5 (Jul. 4, 2001).

Minutes of the Oral Proceedings before the Opposition Division (w/annexes) (Jul. 16, 2001).

11487 Appeal.

Notice of Opposition to EPO Patent (Vivus).

Notice of Opposition to EPO Patent (Merck) (w/translations).

Letter by Opponent Bayer (Mar. 30, 2001).

Pyrazolopyrimidinones for the Treatment of Impotence (submitted by Opponent II, ICOS Corp.).

Nullity Action and Restitution Against Resolution Nos. 0112 of Jan. 18, 2000 and 10169 of May 16, 2000.

Witness Statement of Peter Ellis.

Notice of Opposition (Lab. Rec.) Feb. 12, 1999 (w/translation).

Reply to Opposition Dec. 7, 1999.

Brief Requesting Urgent Prosecution of Appeal May 31, 2001.

Statement of Villouta.

Decision Dated Mar. 27, 2001.

European Heart Journal (1993, 14, (Supp. 1), pp. 141–148—Lugnier et al.

Science, vol. 257, Jul. 17, 1992, pp. 401–403—Burnett et al.

Impotence, 1995, vol. 22, No. 4, pp. 879–886—Morales et al.

Reason for Revocation.

Petition—Feb. 17, 1998.

Offer of Information with translations (4 references) (w/references).

Offer of Information with translations (7 references) (w/references).

International Journal of Impotence Research, Supplement 1, Sep. 1995.

Opposition (w/references) (w/translation).

English Translation of Argument Filed on Jan. 8, 1998.

Translation of the Petition Filed on Feb. 17, 1998.

Summary of Interview—Feb. 19, 2000.

Request for Correction—Feb. 19, 2001.

Response to Reasons for Revocation.

Offer of Information (12 references) (w/references).

Offer of Information (7 references) (w/references).

The Intellectual Property Tribunal 13th Panel—Trial Decision.

International Journal Impotence Research, 1995, pp. 13, by H. H. Knispel et al.

Psychosomatic Medicine, vol. 38, No. 6 (Nov.–Dec. 1976) pp. 418–425 by Leon A. Abramov.

Premenopausal Health Care, 20 (2), Jun. 1993 by Gloria A. Bachman, MD.

Clinics in Endocrinology and Metabolism (1982), 11(3), Nov., pp. 785–789, by John Bancroft.

Summary of KIPO Answer.

British Journal of Pharmacology (1998) 124, 000–000, Cellek et al.

Journal of Urology (1999), 161, pp. 940–944 by Tarcan et al.

Exp. Clin. Endocrinol. vol. 98, No. 2, 1991, pp. 61–69 by R. J. Levin.

Asia Pacific Journal of Pharmacology, 1991, pp. 213–227 by Adaikan et al.

Podium 18, "Alpha Blockade and Vaginal Blood Flow Response in Postmenopausal Women with Female Sexual Arousal Disorder" by Rubio et al. pp. 55 (2000).

Scrip's Complete Guide to Women's Health Care, 2000, Chapters 1–8.

J. Steroid Biochem. Molec. Biol. vol. 39, No. 6 pp. 873–881, 1991 by Williams–Ashman et al.

British Journal of Urology (1996), 78, 257–261 by Boolell et al.

The Journal of Urology (May 1996), vol. 155, No. 5, AUA Ninety–First Annual Meeting, 495A, 676A.

International Journal of Impotence Research (Jun. 1996), vol. 8, No. 2, pp. 47–52, Boolell et al.

The Journal of Urology (Apr. 1997), vol. 157, No. 4, Suppl. 1, and p. 204.

Rebuttal Brief by Appellant.

Rebuttal Brief by Plaintiff.

Declaration of Laurence Howard Skillern.

*Appeal Brief.*

Bayer: SCRAPS BAY 19–8004 for Asthma and COPD in P2–Jun. 14, 2001(vardenafil).

Witness Statement of Michael J. Allen (from Chinese Prosecution).

Witness Statement of Mitradev Boolell (from Chinese Prosecution).

Witness Statement of Nicholas Kenneth Terrett (co–inventor) (from Chinese Prosecution).

Declaration of Nicolas K. Terrett (co–inventor).

Witness Statement of Martyn Burslem.

Declaration of Stephen A. Ballard (in the Korean Industrial Property Office).

First Declaration of Stephen A. Ballard (in the U. S. Patent and Trademark Office).

Third Declaration of Stephen A. Ballard (in the USPTO).

Grounds for Rejection.

Female Sexual Dysfunction—Mosaic Study #16—Nov. 1999.

Proceedings of the American Urological Association, vol. 155, May 1996, Supplement 623A.

Declaration of Laurence Howard Skillern (w/attachments).

The Journal of Urology, 1989, vol. 141 pp. 546–548 by Owen et al.

Notice of Acceptance of Request for Invalidation Re: Patent Invention No. 94192386.X.

Response to the Notice of Acceptance of Request for Invalidation of the Above Patent Issued by the Patent Reexamination Board.

Response.

Request for Invalidation.

Ruling of Dutch Court: Nov. 11, 1999 (w/translation).

Writ of Summons in Accelerated Proceedings on the Merits (w/translation).

Statement of Claims with Exhibits (w/translation).

Letter of Feb. 22, 2000.

Statement of Defense, also Containing A Request for Suspension (w/translation).

Response to the Request for Adjournment (w/translation).

Letter of Mar. 27, 2000.

Letter of Mar. 28, 2000.

Letters dated Apr. 30, 2000 & Sep. 8, 1999.

Letter Dated Jun. 14, 2000 (including English Translation) with the New Notice of Experiments Attached.

Letter Dated Jun. 30, 2000 (w/English translation) with Additional Exhibits 1–5 Attached.

Letter of Jul. 3, 2000 (w/translation).

Oral Arguments on C.J.J.C. Van Nispen (w/translation).

Pleading Notes of Mr. L. Oosting (w/translation).

Statement Containing Submission of Exhibits (w/translation) with Exhibits.

Skeleton for the Hearing on Oral Arguments on Jul. 7, 2000 (w/translation).

Documents Containing Production of Exhibits, also Containing Skeleton Arguments (w/translation) & Letter of Jul. 7, 2000.

Decision of the District Court of Hague dated Oct. 4, 2000 (including English Translation).

Lepakhin Publication (1988) (w/excerpt translated).

Title Page of the Braunwald Publication (w/excerpt translated).

28th British Congress of Obstetrics and Gynaecology Abstract Status Report (1998), No. 7085.

World Foundation for Medical Studies in Female Health, (1999), Abstract Status Report, Nos. 7214, 7215.

Radiology 2000, 214(2):611.

Pilot Study on the Effectiveness of Viagra for Treatment of Female Sexual Dysfunction: Physiologic Predictor for Success (2000), Chai et al.

American College of Obstetrics and Gynecologists (ACOG) 48th Annual Clinical Meeting: Abstract Status Report (May 20–24, 2000), No. 7217.

FIGO World Congress of Gynecology and Obstetrics (2000), Abstract Status Report, Nos. 7279, 7280 & 7281.

Efficacy and Safety of Viagra (sildenafil citrate) in Non--Oestrogenised Women with Sexual Dysfunction Associated with FSAD (2000).

"What About the Female Partner's Quality of Life in ED?" (2000), Chevret–Measson et al.

Urology 54 (1999): 385–391 by Berman et al.

Efficacy and Safety of Viagra (sildenafil citrate) in Estrogenised Women with Sexual Dysfunction Associated with FSAD.

A Pilot Study of the Effect of Viagra (sildenafil citrate) on Vaginal Blood Flow in Female Subjects (2000).

Journal of Sex & Marital Therapy, 26: 191–208 (2000).

European Journal of Pharmacology 400(2000) 305–312, Frith et al.

Vaginal Sildenafil: A Preliminary Report of a Novel Method to Improve Uterine Artery Blood Flow and Endometrial Development in Patients Undergoing in Vitro Fertilization, Sher et al.

Urology 55(6) 812–815 (2000), Sipski et al.

The Journal of Reproductive Medicine, 44(6) 535–542 (Jun. 1999).

British Journal of Obstetrics & Gynaecology, Jun. 2001, vol. 108, pp. 623–628.

Effect of Vasoactive Agents in Modulating Vaginal Smooth Muscle Contractility: Implications for Treatment of Female Sexual Dysfunction (2000), Berman et al.

Observations After Viagra: Study on "Estrogenized" Women is Released (2000), Berman et al.

J. of Steroid Biochemistry & Molecular Biology 69 (1999) 177–184, S.R. Davis.

Current Opinion in Neurobiology (1999) 9: 751–758, Pfaus.

Women are Eager to Participate in the Viagra Revolution by Lan N. Nguyen.

Doctors Find Viagra Works Just as Well in Women (The Sunday Telegraph—UK).

Viagra Fails in Female Study ( Scrip Daily News) (May 31, 2000).

Viagra Fails Test to Help Women by Phil Galewitz, AP Business Writer.

Positive Effects of Sildenafil in Female Sexual Dysfunction Following Hysterectomy (2000).

SCRIP Daily News (Apr. 25, 2000).

Women Could Get Viagra in 3 Years by Helen Rumbelow, The Times, Oct. 27, 1999.

Viagra Doesn't Work in Women (SCRIP No. 2419, Mar. 12th 1999, p 23).

Why Viagra Doesn't Work for Women by James Le Fanu, The Daily Telegraph.

Viagra Priapism ( SCRIP No. 2387 Nov. 13th 1998 p 12).

SCRIP No. 2369 Sep. 11th 1998 p 22.

Cialis's Unfavorable Results in Female Sexual Dysfunction ( SG Cowen Securities/Scala, Jun. 18, 2001).

Cialis (SD) Launch '02E, Pk sales Est $1B, 30% SOM '07E (Jan. 9, 2001).

The Orgasm Pill: Are You Ready for It? By Erin Kelly, Cosmopolitan.

Progress with Viagra for FSD (Scrip daily News) Mar. 15, 2000.

The Second Sexual Revolution by Jack Hitt, NY Times Magazine, (Feb. 20, 2000).

Anti–Impotence Drug by Debra McGarry, CBS Market Watch (Jan. 12, 2000).

The Berman Sisters, Pioneers in the Study of Women's Sexual Dysfunction (LA Times) (Feb. 12, 2001).

Female Sexual Dysfunction by Cheryl Terhorst (Apr. 18, 2001).

Scrip's Complete Guide to Women's Healthcare: Female Sexual Dysfunction (Chapter 7) (2000).

"Stop Fancying Each Other", News Paper Article.

J. Berman's Poster at 1999 AUA Conference.

J. of Sexual & Marital Therapy, 27:411–420, 2001, Berman et al.

Int J Impot Res Apr. 2000;12(Supp 2):S17.

J Urol. 2001, May; 165(5) Supplement: P227 (#935).

15th World Congress of Sexology. Jun. 24, 2001, M. A. Perelman, Abstract Book:181.

15th World Congress of Sexology. Jun. 24, 2001; Van Lunsen Abstract Book:240.

Fertil Steril. Sep. 2001; 76(3 Suppl 1): S255 (#P–430).

Urology 1999; 53 (3): 481–486, Kaplan et al.

Mol Cell Biol Res Commun (1999) 2(2): 131–137, Traish et al.

J Sex Marital Ther (2000) Apr.–Jun.; 26:133–140.

Br J Obstet Gynaecol. Jun. 2001; 108:Editor's Choice Introduction.

J Sex Marital Ther. 2001; 27:411–420, Berman et al.

J Sex Marital Ther. 2001: 27:427–433, Berman et al.

J Sex Martial Ther. Oct. 2001; 27(5):421–425, Berman et al.

Int J Impot Res (2000); 12 Supp 4:S152–S157, Goldstein.

Int J Impot Res (2000); 12 Supp 3:S32–S39, Min et al.

Psychiatric Services; Aug. 1999; 50(8):1076–1078.

Am J Psychiatry; Oct. 1999; 156(10):1664.

International Journal of Impotence Research, Supp 12: S32–S39, Min et al.

Curr Psychiatry Rep. 2001 (3): 188–194, Shabsigh.

J Sex Res. 2001; 38(2): 89–96.

Hysterectomy & Sexual Dysfunction: Effects of Sildenafil in a Clinical Setting (May 2, 2000), Berman et al.

Pfizer Statement on Salvatore Caruso's Study (May 21, 2001).

New Scientist, Mar. 1999, p. 15.

Thesis Statement of Margaret Ann Bush, PhD.

BR. J. Pharmocol. (1993) 108, 562–568.

Journal of Urology 150: 1310–1315 (Oct. 1993), Holmquist.

International Journal of Impotence Research, 4 (Suppl. 2) (1992) p. 19.

Journal of Ethnopharmacology, 12 (1984) 35–74.

Nicholson et al., TIPS, Jan. 1991, vol. 12, pp. 19–27.

Journal of Urology 149:285A (Apr. 1993).

Brit. J. Urology, 71: 365 (Mar. 1993).

Post Graduate Medicine 88(2) (1990) 139–152, Whitehead, et al.

"Chemical A Factor in Male Impotence", Jan. 9, 1992, NY Times, D. Blakeslee.

The Journal of Urology, vol. 151, No. 5, p. 495A, 1994.

Pharmacological Reviews 43(2) (1991) pp. 109–142, Moncada et al.

Declaration of Ian Eardley (w/Annexes).

Declaration of R.A. John Challiss (w/Annexes).

Declaration of Peter Ellis (with References).

Declaration of Steven Ballard.

Declaration of David Goren (with Appendixes).

Declaration of Louis J. Ignarro (with References).

Declaration of Dr. Inigo Saenz de Tejada.

Declaration of Clive Page.

Declaration of Ken Murray (w/exhibits).

Bayer 1.

Bayer 2.

Affidavit of Dr. Yaakov Ramon (unsigned).

Bayer Opposition Statement (with Exhibits).

Argument Papers from Dutch Revocation Proceeding.

Slides.

Excerpts from the UCLA doctoral dissertation of Margaret Ann Bush, including pp. ii–Xvii, 1 and 154–161, 1993.

Experimental Report to Israeli Opposition Statement.

Israeli Opposition Statement of Bayer Aktiengesellschaft.

Karl–Erik Anderson et al. The American Physiological Society, 1995, vol. 75, pp. 191–236.

W. Meinhardt et al., International Journal of Impotence Research, 1997, vol. 9, pp. 17–26.

F. Holmquist et al., Arta Physiol Scand, 1991, vol. 143, pp. 299–304.

M. F. Meyer et al., Ann Urol., 1993, vol. 27, No. 3, pp. 179–182.

Y.–M. Lin et al., Urol. Res, 1990, vol. 24, pp. 27–32.

Harvey C. Taub, et al., Urology, 1993, vol. 42, No. 6, pp. 698–704.

Int. J. Impotence Res. (1992) 4, Suppl. 2 p. 11, Taher et al.

Murray, Kenneth J., Drug News & Perspectives, 6, 150–156 (1993).

Mirone, V., et al., British J. of Urology, 71, 3, 365 (1993).

Bush, Peggy A., et al., J. of Urology, 147, 1650–1655 (1992).

Rajfer, Jacob, et al., New England Journal of Medicine, 326, 2, 90–94 (1992).

Bowman, Anne et al., British J. Pharmac., 81, 665–674 (1984).

Trigo–Rocha, Flavio, et al., Am. Physiological Society, 264, H419–H422 (1993).

* cited by examiner

1

# PYRAZOLOPYRIMIDINONES FOR THE TREATMENT OF IMPOTENCE

This is a National Phase filing under 35 USC §371 based on PCT/EP94/01580, which was filed internationally on May 13, 1994.

This invention relates to the use of a series of pyrazolo [4,3-d]pyrimidin-7-ones for the treatment of impotence.

Impotence can be defined literally as a lack of power, in the male, to copulate and may involve an inability to achieve penile erection or ejaculation, or both. More specifically, erectile impotence or dysfunction may be defined as an inability to obtain or sustain an erection adequate for intercourse. Its prevalence is claimed to be between 2 and 7% of the human male population, increasing with age, up to 50 years, and between 18 and 75% between 55 and 80 years of age. In the USA alone, for example, it has been estimated that there are up to 10 million impotent males, with the majority suffering from problems of organic rather than of psychogenic origin.

Reports of well-controlled clinical trials in man are few and the efficacy of orally administered drugs is low. Although many different drugs have been shown to induce penile erection, they are only effective after direct injection into the penis, e.g. intraurethrally or intracavernosally (i.c.), and are not approved for erectile dysfunction. Current medical treatment is based on the i.c injection of vasoactive substances and good results have been claimed with phenoxybenzamine, phentolamine, papaverine and prostaglandin $E_1$, either alone or in combination; however, pain, priapism and fibrosis of the penis are associated with the i.c. administration of some of these agents. Potassium channel openers (KCO) and vasoactive intestinal polypeptide (VIP) have also been shown to be active i.c., but cost and stability issues could limit development of the latter. An alternative to the i.c. route is the use of glyceryl trinitrate (GTN) patches applied to the penis, which has been shown to be effective but produces side-effects in both patient and partner.

As a general alternative to pharmacological intervention, a variety of penile prostheses has been used to assist achievement of an erection. The short term success rate is good, but problems with infection and ischaemia, especially in diabetic men, make this type of treatment a final option rather than first-line therapy.

The compounds of the invention are potent inhibitors of cyclic guanosine 3',5'-monophosphate phosphodiesterases (cGMP PDEs) in contrast to their inhibition of cyclic adenosine 3',5'-monophosphate phosphodiesterases (cAMP PDEs). This selective enzyme inhibition leads to elevated cGMP levels which, in turn, provides the basis for the utilities already disclosed for the said compounds in EP-A-0463756 and EP-A-0526004, namely in the treatment of stable, unstable and variant (Prinzmetal) angina, hypertension, pulmonary hypertension, congestive heart failure, atherosclerosis, conditions of reduced blood vessel patency e.g. post-percutaneous transluminal coronary angioplasty (post-PTCA), peripheral vascular disease, stroke, bronchitis, allergic asthma, chronic asthma, allergic rhinitis, glaucoma, and diseases characterised by disorders of gut motility, e.g. irritable bowel syndrome (IBS).

Unexpectedly, it has now been found that these disclosed compounds are useful in the treatment of erectile dysfunction. Furthermore the compounds may be administered orally, thereby obviating the disadvantages associated with i.c. administration. Thus the present invention concerns the use of a compound of formula (I):

2



(I)

wherein

$R^1$ is H; $C_1$–$C_3$ alkyl; $C_1$–$C_3$ perfluoroalkyl; or $C_3$–$C_5$ cycloalkyl;

$R^2$ is H; $C_1$–$C_6$ alkyl optionally substituted with $C_3$–$C_6$ cycloalkyl; $C_1$–$C_3$ perfluoroalkyl; or $C_3$–$C_6$ cycloalkyl;

$R^3$ is $C_1$–$C_6$ alkyl optionally substituted with $C_3$–$C_6$ cycloalkyl; $C_1$–$C_6$ perfluoroalkyl; $C_3$–$C_5$ cycloalkyl; $C_3$–$C_6$ alkenyl; or $C_3$–$C_6$ alkynyl;

$R^4$ is $C_1$–$C_4$ alkyl optionally substituted with OH, $NR^5R^6$, CN, CONR$^5$R$^6$ or CO$_2$R$^7$; $C_2$–$C_4$ alkenyl optionally substituted with CN, CONR$^5$R$^6$ or CO$_2$R$^7$; $C_2$–$C_4$ alkanoyl optionally substituted with $NR^5R^6$; (hydroxy)$C_2$–$C_4$ alkyl optionally substituted with $NR^5R^6$; ($C_2$–$C_3$ alkoxy)$C_1$–$C_2$ alkyl optionally substituted with OH or $NR^5R^6$; CONR$^5$R$^6$; CO$_2$R$^7$; halo; $NR^5R^6$; NHSO$_2$NR$^5$R$^6$; NHSO$_2$R$^8$; SO$_2$NR$^9$R$^{10}$; or phenyl, pyridyl, pyrimidinyl, imidazolyl, oxazolyl, thiazolyl, thienyl or triazolyl any of which is optionally substituted with methyl;

$R^5$ and $R^6$ are each independently H or $C_1$–$C_4$ alkyl, or together with the nitrogen atom to which they are attached form a pyrrolidinyl, piperidino, morpholino, 4-N($R^{11}$)-piperazinyl or imidazolyl group wherein said group is optionally substituted with methyl or OH;

$R^7$ is H or $C_1$–$C_4$ alkyl;

$R^8$ is $C_1$–$C_3$ alkyl optionally substituted with $NR^5R^6$;

$R^9$ and $R^{10}$ together with the nitrogen atom to which they are attached form a pyrrolidinyl, piperidino, morpholino or 4-N($R^{12}$)-piperazinyl group wherein said group is optionally substituted with $C_1$–$C_4$ alkyl, $C_1$–$C_3$ alkoxy, NR$^{13}$R$^{14}$ or CONR$^{13}$R$^{14}$;

$R^{11}$ is H; $C_1$–$C_3$ alkyl optionally substituted with phenyl; (hydroxy)$C_2$–$C_3$ alkyl; or $C_1$–$C_4$ alkanoyl;

$R^{12}$ is H; $C_1$–$C_6$ alkyl; ($C_1$–$C_3$ alkoxy)$C_2$–$C_6$ alkyl; (hydroxy)$C_2$–$C_6$ alkyl; (R$^{13}$R$^{14}$N)$C_2$–$C_6$ alkyl; (R$^{13}$R$^{14}$NOC)$C_1$–$C_6$ alkyl; CONR$^{13}$R$^{14}$; CSNR$^{13}$R$^{14}$; or C(NH)NR$^{13}$R$^{14}$; and

$R^{13}$ and $R^{14}$ are each independently H; $C_1$–$C_4$ alkyl; ($C_1$–$C_3$ alkoxy)$C_2$–$C_4$ alkyl; or (hydroxy)$C_2$–$C_4$ alkyl; or a pharmaceutically acceptable salt thereof, or a pharmaceutical composition containing either entity, for the manufacture of a medicament for the curative or prophylactic treatment of erectile dysfunction in a male animal, including man.

In the above definition, unless otherwise indicated, alkyl groups having three or more carbon atoms, alkenyl and alkynyl groups having four or more carbon atoms, alkoxy groups having three carbon atoms and alkanoyl groups having four carbon atoms may be straight chain or branched chain. Halo means fluoro, chloro, bromo or iodo.

The compounds of formula (I) may contain one or more asymmetric centres and thus they can exist as enantiomers or

diastereoisomers. Furthermore, certain compounds of formula (I) which contain alkenyl groups may exist as cisisomers or trans-isomers. In each instance, the invention includes both mixtures and separate individual isomers.

The compounds of formula (I) may also exist in tautomeric forms and the invention includes both mixtures and separate individual tautomers.

The pharmaceutically acceptable salts of the compounds of formula (I) which contain a basic centre are, for example, non-toxic acid addition salts formed with inorganic acids such as hydrochloric, hydrobromic, sulphuric and phosphoric acid, with organo-carboxylic acids, or with organosulphonic acids. Compounds of formula (I) can also provide pharmaceutically acceptable metal salts, in particular non-toxic alkali metal salts, with bases. Examples include the sodium and potassium salts.

A preferred group of compounds of formula (I) is that wherein $R^1$ is H, methyl or ethyl; $R^2$ is $C_1$–$C_3$ alkyl; $R^3$ is $C_2$–$C_3$ alkyl or allyl; $R^4$ is $C_1$–$C_2$ alkyl optionally substituted with OH, $NR^5R^6$, CN, $CONR^5R^6$ or $CO_2R^7$; acetyl optionally substituted with $NR^5R^6$; hydroxyethyl optionally substituted with $NR^5R^6$; ethoxymethyl optionally substituted with OH or $NR^5R^6$; CH=CHCN; CH=CHCONR$^5$R$^6$; CH=CHCO$_2$R$^7$; CONR$^5$R$^6$; CO$_2$H; Br; $NR^5R^6$; NHSO$_2$NR$^5$R$^6$; NHSO$_2$R$^8$; SO$_2$NR$^9$R$^{10}$; or pyridyl or imidazolyl either of which is optionally substituted with methyl; $R^5$ and $R^6$ are each independently H, methyl or ethyl, or together with the nitrogen atom to which they are attached form a piperidino, morpholino, 4-N($R^{11}$)-piperazinyl or imidazolyl group wherein said group is optionally substituted with methyl or OH; $R^7$ is H or t-butyl; $R^8$ is methyl or CH$_2$CH$_2$CH$_2$NR$^9$R$^6$; $R^9$ and $R^{10}$ together with the nitrogen atom to which they are attached form a piperidino or 4-N($R^{12}$)-piperazinyl group wherein said group is optionally substituted with $NR^{13}R^{14}$ or CONR$^{13}$R$^{14}$; $R^{11}$ is H, methyl, benzyl, 2-hydroxyethyl or acetyl; $R^{12}$ is H, $C_1$–$C_3$ alkyl, (hydroxy)$C_2$–$C_3$ alkyl, CSNR$^{13}$R$^{14}$ or C(NH)NHR$^{13}$R$^{14}$; and $R^{13}$ and $R^{14}$ are each independently H or methyl.

A more preferred group of compounds of formula (I) is that wherein $R^1$ is methyl or ethyl; $R^2$ is $C_1$–$C_3$ alkyl; $R^3$ is ethyl, n-propyl or allyl; $R^4$ is CH$_2$NR$^5$R$^6$, COCH$_2$NR$^5$R$^6$, CH(OH)CH$_2$NR$^5$R$^6$, CH$_2$OCH$_2$CH$_3$, CH$_2$OCH$_2$CH$_2$OH, CH$_2$OCH$_2$CH$_2$NR$^5$R$^6$, CH=CHCON(CH$_3$)$_2$, CH=CHCO$_2$R$^7$, CONR$^5$R$_6$, CO$_2$H, Br, NHSO$_2$NR$^5$R$^6$, NHSO$_2$CH$_2$CH$_2$CH$_2$NR$^5$R$^6$, SO$_2$NR$^9$R$^{10}$, 2-pyridyl, 1-imidazolyl or 1-methyl-2-imidazolyl; $R^5$ and $R^6$ together with the nitrogen atom to which they are attached form a piperidino, 4-hydroxypiperidino, morpholino, 4-N($R^{11}$)-piperazinyl or 2-methyl-1-imidazolyl group; $R^7$ is H or t-butyl; $R^9$ and $R^{10}$ together with the nitrogen atom to which they are attached form a 4-carbamoylpiperidino or 4-N ($R^{12}$)-piperazinyl group; $R^{11}$ is H, methyl, benzyl, 2-hydroxyethyl or acetyl; and $R^{12}$ is H, $C_1$–$C_3$ alkyl, 2-hydroxyethyl or CSNH$_2$.

A particularly preferred group of compounds of formula (I) is that wherein $R^1$ is methyl or ethyl; $R^2$ is n-propyl; $R^3$ is ethyl, n-propyl or allyl; $R^4$ is COCH$_2$NR$^5$R$^6$, CONR$^5$R$^6$, SO$_2$NR$^9$R$^{10}$ or 1-methyl-2-imidazolyl; $R^5$ and $R^6$ together with the nitrogen atom to which they are attached form a morpholino or 4-N($R^{11}$)-piperazinyl group; $R^9$ and $R_{10}$ together with the nitrogen atom to which they are attached form a 4-N($R^{12}$)-piperazinyl group; $R^{11}$ is methyl or acetyl; and $R^{12}$ is H, methyl, 2-propyl or 2-hydroxyethyl.

Especially preferred individual compounds of the invention include:

5-(2-ethoxy-5-morpholinoacetylphenyl)-1-methyl-3-n-propyl-1, 6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-(5-morpholinoacetyl-2-n-propoxyphenyl)-1-methyl-3-n-propyl-1, 6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-[2-ethoxy-5-(4-methyl-1-piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d] pyrimidin-7-one;

5-[2-allyloxy-5-(4-methyl-1-piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo [4,3-d]pyrimidin-7-one;

5-{2-ethoxy-5-[4-(2-propyl)-1-piperazinyl-sulphonyl] phenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo [4,3-d]pyrimidin-7-one;

5-{2-ethoxy-5-[4-(2-hydroxyethyl)-1-piperazinyl-sulphonyl]phenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-{5-[4-(2-hydroxyethyl)-1-piperazinylsulphonyl]-2-n-propoxyphenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-[2-ethoxy-5-(4-methyl-1-piperazinylcarbonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d] pyrimidin-7-one; and

5-[2-ethoxy-5-(1-methyl-2-imidazolyl)phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

The compounds of formula (I) and their pharmaceutically acceptable salts, processes for the preparation thereof, in vitro test methods for determining the cGMP PDE and cAMP PDE inhibitory activities thereof, pharmaceutical compositions thereof and routes of administration for human use, are described in EP-A-0463756 and EP-A-0526004.

A preliminary investigation was carried out with a view to isolating and characterising the cyclic nucleotide PDEs of human corpus cavernosum, relaxation of which leads to penile erection. Studies of substrate specificity, response to activators and inhibitor sensitivity, have demonstrated that human corpus cavernosum contains three distinct PDE enzymes.

## METHODS

Fresh frozen human penis was obtained from IIAM (Pennsylvania). Tissue was thawed at room temperature, the corpus cavernosum was dissected from the penis to yield approximately 2–4 g of tissue and the following isolation protocol was followed. Tissue was coarsely chopped in ice-cold isotonic buffer (35 ml) containing 250 mM sucrose, 1 mM EDTA, 0.5 mM PMSF and 20 mM HEPES, pH 7.2, and the mixture subjected to brief (1 min.) treatment with a Silversen mixer/emulsifier. Homogenates were prepared using homogeniser tubes with teflon pestles and soluble fraction was prepared by centrifugation at 100,000×g for 60 min. at 4° C. 10 ml of high speed supernatant was applied to a Pharmacia Mono Q anion exchange column (1 ml bed volume) equilibrated with buffer containing 1 mM EDTA, 0.5 mM PMSF and 20 mM lhEPES, pH 7.2 (chromatography buffer). The column was then washed with 5 bed volumes of chromatography buffer, after which PDEs were eluted using a continuous gradient of 0–500 mM NaCl (total volume 35 ml) and 1 ml fractions collected.

Column fractions were assayed for PDE activity using 500 nM cGMP or 500 nM cAMP as substrate. cAMP PDE activity was also determined in the presence of 1 μM unlabelled cGMP and the PDE activity of selected fractions was determined in the presence of 10 mM CaCl$_2$ and 10 units/ml bovine brain calmodulin. Appropriate fractions were pooled and stored at 4° C. during the course of the study.

Inhibition studies were performed using a substrate concentration of 500 nM throughout. All inhibitors were dissolved in DMSO and concentration-response curves were constructed over the range $3\times10^{-10}$ to $1\times10^{-4}$ M in half log increments. $IC_{50}$ values were calculated using the sigmoidal curve fitting algorithm of biostat.

RESULTS

Human corpus cavernosum soluble PDEs were separated into three distinct fractions of activity. The first, fraction I, (designated by order of elution) represents the major PDE present and is highly selective for cGMP as substrate. This fraction was found to be insensitive to stimulation by calcium/calmodulin and was classified as $PDE_V$. Fraction II hydrolyses cGMP and cAMP, with the latter activity being stimulated in the presence of cGMP, and is classified as $PDE_{II}$, whilst fraction III is cAMP selective and this activity is inhibited in the presence of cGMP, consistent with $PDE_{III}$ activity.

In order to further characterise the PDE isoenzymes present in the tissue, studies were performed using a variety of inhibitors. Inhibitor studies with fractions I and II were performed using cGMP as substrate, whilst fraction III studies utilised cAMP. These studies confirmed that fraction I corresponds to $PDE_V$, whilst fraction III was clearly identified as $PDE_{III}$; fraction II ($PDE_{II}$) was relatively insensitive to all the inhibitors tested.

In summary, the above investigation identified three PDE isoenzymes in human corpus cavernosum tissue. The predominant PDE is the cGMP-specific $PDE_V$, whilst cGMP-stimulated cAMP $PDE_{II}$ and cGMP-inhibited cAMP $PDE_{III}$ are also present.

The compounds of the invention have been tested in vitro and found to be potent and selective inhibitors of the cGMP-specific $PDE_V$. For example, one of the especially preferred compounds of the invention has an $IC_{50}$=6.8 nM v. the $PDE_V$ enzyme, but demonstrates only weak inhibitory activity against the $PDE_{II}$ and $PDE_{III}$ enzymes with $IC_{50}$=>100 $\mu$M and 34 $\mu$M respectively. Thus relaxation of the corpus cavernosum tissue and consequent penile erection is presumably mediated by elevation of cGMP levels in the said tissue, by virtue of the PDE inhibitory profile of the compounds of the invention.

Furthermore, none of the compounds of the invention tested in rat and dog, both intravenously (i.v.) and orally (p.o.) at up to 3 mg/Kg, has shown any overt sign of adverse acute toxicity. In mouse, no deaths occurred after doses of up to 100 mg/Kg i.v. Certain especially preferred compounds showed no toxic effects on chronic p.o. administration to rat at up to 10 mg/Kg and to dog at up to 20 mg/Kg.

In man, certain especially preferred compounds have been tested orally in both single dose and multiple dose volunteer studies. Moreover, patient studies conducted thus far have confirmed that one of the especially preferred compounds induces penile erection in impotent males.

Although the compounds of the invention are envisaged primarily for the treatment of erectile dysfunction or sexual dysfunction, they may also be useful for the treatment of female sexual dysfunction including orgasmic dysfunction related to clitoral disturbances.

Generally, in man, oral administration of the compounds of the invention is the preferred route, being the most convenient and avoiding the disadvantages associated with i.c. administration. A preferred dosing regimen for a typical man is 5 to 75 mg of compound three times daily. In circumstances where the recipient suffers from a swallowing disorder or from impairment of drug absorption after oral administration, the drug may be administered parenterally, e.g. sublingually or buccally.

For veterinary use, a compound of formula (I) or a non-toxic salt thereof is administered as a suitably acceptable formulation in accordance with normal veterinary practice and the veterinary surgeon will determine the dosing regimen and route of administration which will be most appropriate for a particular male animal.

Thus the invention includes a pharmaceutical composition for the curative or prophylactic treatment of erectile dysfunction in a male animal, including man, comprising a compound of formula (I), or a pharmaceutically acceptable salt thereof, together with a pharmaceutically acceptable diluent or carrier.

There is further provided a process for the preparation of a pharmaceutical composition for the curative or prophylactic treatment of erectile dysfunction in a male animal, including man, comprising formulating a compound of formula (I), or a pharmaceutically acceptable salt thereof, with a pharmaceutically acceptable diluent or carrier.

The invention also provides a method of treating a male animal, including man, to cure or prevent erectile dysfunction which comprises treating said male animal with an effective amount of a compound of formula (I), or a pharmaceutically acceptable salt thereof, or a pharmaceutical composition containing either entity.

In a further aspect, the invention includes the use of a cGMP PDE inhibitor, or a pharmaceutically acceptable salt thereof, or a pharmaceutical composition containing either entity, for the oral treatment of erectile dysfunction in man.

The invention also includes a method of orally treating man to cure or prevent erectile dysfunction, which comprises treatment with an orally effective amount of a cGMP PDE inhibitor, or a pharmaceutically acceptable salt thereof, or a pharmaceutical composition containing either entity.

Moreover, the invention includes the use of a cGMP PDE inhibitor, or a pharmaceutically acceptable salt thereof, or a pharmaceutical composition containing either entity, for the manufacture of a medicament for the curative or prophylactic oral treatment of erectile dysfunction in man.

What is claimed is:

1. A method of treating erectile dysfunction in a male animal, comprising administering to a male animal in need of such treatment an effective amount of a compound of formula (I):

(I)



wherein:

$R^1$ is H; $C_1$–$C_3$ alkyl; $C_1$–$C_3$ perfluoroalkyl; or $C_3$–$C_5$ cycloalkyl;

$R^2$ is H; $C_1$–$C_6$ alkyl optionally substituted with $C_3$–$C_6$ cycloalkyl; $C_1$–$C_3$ perfluoroalkyl; or $C_3$–$C_6$ cycloalkyl;

$R^3$ is $C_1$–$C_6$ alkyl optionally substituted with $C_3$–$C_6$ cycloalkyl; $C_1$–$C_6$ perfluoroalkyl; $C_3$–$C_5$ cycloalkyl; $C_3$–$C_6$ alkenyl; or $C_3$–$C_6$ alkynyl;

$R^4$ is $C_1$–$C_4$ alkyl optionally substituted with OH, $NR^5R^6$, CN, $CONR^5R^6$ or $CO_2R^7$; $C_2$–$C_4$ alkenyl optionally substituted with CN, $CONR^5R^6$ or $CO_2R^7$; $C_2$–$C_4$ alkanoyl optionally substituted with $NR^5R^6$; (hydroxy) $C_2$–$C_4$ alkyl optionally substituted with $NR^5R^6$; ($C_2$–$C_3$ alkoxy)$C_1$–$C_4$ alkyl optionally substituted with OH or $NR^5R^6$; $CONR^5R^6$; $CO_2R^7$; halo; $NR^5R^6$; $NHSO_2NR^5R^6$; $NHSO_2R^6$; $SO_2NR^9R^{10}$; or phenyl pyridyl, pyrimidinyl, imidazolyl, oxazolyl, thiazolyl, thienyl or triazolyl any of which is optionally substituted with methyl;

$R^5$ and $R^6$ are each independently H or $C_1$–$C_4$ alkyl, or together with the nitrogen atom to which they are attached form a pyrrolidinyl, piperidino, morpholino, 4-N($R^{11}$)-piperazinyl or imidazolyl group wherein said group is optionally substituted with methyl or OH;

$R^7$ is H or $C_1$–$C_4$ alkyl;

$R^8$ is $C_1$–$C_4$ alkyl optionally substituted with $NR^5R^6$;

$R^9$ and $R^{10}$ together with the nitrogen atom to which they are attached form a pyrrolidinyl, piperidino, morpholino or 4-N($R^{12}$)-piperazinyl group wherein said group is optionally substituted with $C_1$–$C_4$ alkyl, $C_1$–$C_3$ alkoxy, $NR^{13}R^{14}$ or $CONR^{13}R^{14}$;

$R^{11}$ is H; $C_1$–$C_4$ alkyl optionally substituted with phenyl; (hydroxy)$C_2$–$C_3$ alkyl or $C_1$–$C_4$ alkanoyl;

$R^{12}$ is H; $C_1$–$C_4$ alkyl; ($C_1$–$C_3$ alkoxy)$C_2$–$C_6$ alkyl; (hydroxy)$C_2$–$C_6$ alkyl; ($R^{13}R^{14}N$)$C_2$–$C_6$ alkyl; ($R^{13}R^{14}NOC$)$C_1$–$C_6$ alkyl; $CONR^{13}R^{14}$; $CSNR^{13}R^{14}$; or $C(NH)NR^{13}R^{14}$; and

$R^{13}$ and $R^{14}$ are each independently H; $C_1$–$C_4$ alkyl; ($C_1$–$C_3$ alkoxy)$C_2$–$C_4$ alkyl; or (hydroxy)$C_2$–$C_4$ alkyl;

or a pharmaceutically acceptable salt thereof;

or a pharmaceutically acceptable composition containing either entity.

2. A method as defined in claim 1, wherein said treatment is veterinary treatment.

3. A method as defined in claim 1, wherein said compound is 5-(2-ethoxy-5-morpholinoacetylphenyl)-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

4. A method as defined in claim 1, wherein said compound is 5-[2-ethoxy-5-(4-methyl-1-piperazinyl-sulphonyl) phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

5. A method as defined in claim 1, wherein said compound, salt or composition is administered orally, intravenously, sublingually, or buccally.

6. A method as defined in claim 1, wherein said compound, salt or composition is administered orally.

7. A method as defined in claim 6 wherein in the compound of formula (I) $R^1$ is H, methyl or ethyl; $R^2$ is $C_1$–$C_3$ alkyl; $R^3$ is $C_2$–$C_4$ alkyl or allyl; $R^4$ is $C_1$–$C_4$ alkyl optionally substituted with OH, $NR^5R^6$, CN, $CONR^5R^6$ or $CO_2R^7$; acetyl optionally substituted with $NR^5R^6$; hydroxyethyl optionally substituted with $NR^5R^6$; ethoxymethyl optionally substituted with OH or $NR^5R^6$; CH=CHCN; CH=CHCONR$^5$R$^6$, CH=CHCO$_2$R$^7$; CONR$^5$R$^6$; CO$_2$H; Br; $NR^5R^6$; $NHSO_2NR^5R^6$; $NHSO_2R^6$; $SO_2NR^9R^{10}$; or pyridyl or imidazolyl either of which is optionally substituted with methyl; $R^5$ and $R^6$ are each independently H, methyl or ethyl, or together with the nitrogen atom to which they are attached form a piperidino, morpholino, 4-N($R^{11}$)-piperazinyl or imidazolyl group wherein said group is optionally substituted with methyl or OH; $R^7$ is H or t-butyl; $R^8$ is methyl or $CH_2CH_2CH_2NR^5R^6$; $R^9$ and $R^{10}$ together with the nitrogen atom to which they are attached form a piperidino or 4-N($R^{12}$)-piperazinyl group wherein said

group is optionally substituted with $NR^{13}R^{14}$ or $CONR^{13}R^{14}$; $R^{11}$ is H, methyl, benzyl, 2-hydroxyethyl or acetyl; $R^{12}$ is H, $C_1$–$C_3$ alkyl, (hydroxy)$C_2$–$C_3$ alkyl, $CSNR^{13}R^{14}$ or $C(NH)NR^{13}R^{14}$; and $R^{13}$ and $R^{14}$ are each independently H or methyl.

8. A method as defined in claim 7 wherein in the compound of formula (I) $R^1$ is methyl or ethyl; $R^2$ is $C_1$–$C_3$ alkyl; $R^3$ is ethyl, n-propyl or allyl; $R^4$ is $CH_2NR^5R^6$, $COCH_2NR^5R^6$, $CH(OH)CH_2NR^5R^6$, $CH_2OCH_2CH_2$, $CH_2OCH_2CH_2OH$, $CH_2OCH_2CH_2NR^5R^6$, CH=CHCON ($CH_3$)$_2$, CH=CHCO$_2$R$^7$, $CONR^5R^6$, CO$_2$H, Br, $NHSO_2NR^5R^6$, $NHSO_2CH_2CH_2CH_2NR^5R^6$, $SO_2NR^9R^{10}$, 2-pyridyl, 1-imidazolyl or 1-methyl-2-imidazolyl; $R^5$ and $R^6$ together with the nitrogen atom to which they are attached form a piperidino, 4-hydroxypiperidino, morpholino, 4-N ($R^{11}$)-piperazinyl or 2-methyl-1-imidazolyl group; $R^7$ is H or t-butyl; $R^9$ and $R^{10}$ together with the nitrogen atom to which they are attached form a 4-carbamoylpiperidino or 4-N($R^{12}$)-piperazinyl group; $R^{11}$ is H, methyl, benzyl, 2-hydroxyethyl or acetyl; and $R^{12}$ is H, $C_1$–$C_3$ alkyl, 2-hydroxyethyl or CSNH$_2$.

9. A method as defined in claim 8 wherein in the compound of formula (I) $R^1$ is methyl or ethyl; $R^2$ is n-propyl; $R^3$ is ethyl, n-propyl or allyl; $R^4$ is $COCH_2NR^5R^6$, $CONR^5R^6$, $SO_2NR^9R^{10}$ or 1-methyl-2-imidazolyl; $R^5$ and $R^6$ together with the nitrogen atom to which they are attached form a morpholino or 4-N($R^{11}$)-piperazinyl group; $R^9$ and $R^{10}$ together with the nitrogen atom to which they are attached form a 4-N($R^{12}$)-piperazinyl group; $R^{11}$ is methyl or acetyl; and $R^{12}$ is H, methyl, 2-propyl or 2-hydroxyethyl.

10. A method as defined in claim 9 wherein the compound of formula (I) is selected from:

5-(2-ethoxy-5-morpholinoacetylphenyl)-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-(5-morpholinoacetyl-2-n propoxyphenyl)-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-[2-ethoxy-5-(4-methyl-1-piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d] pyrimidin-7-one;

5-[2-allyloxy-5-(4-methyl-1-piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo [4,3-d]pyrimidin-7-one;

5-{2-ethoxy-5-[4-(2-propyl)-1-piperazinyl-sulphonyl] phenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo [4,3-d]pyrimidin-7-one;

5-{2-ethoxy-5-[4-(2-hydroxyethyl)-1-piperazinyl-sulphonyl]phenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-{5-[4-(2-hydroxyethyl)-1-piperazinylsulphonyl]-2-n-propoxyphenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-[2-ethoxy-5-(4-methyl-1-piperazinylcarbonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d] pyrimidin-7-one; and

5-[2-ethoxy-5-(1-methyl-2-imidazolyl)phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

11. A method as defined in claim 10 wherein the compound of formula (I) is 5-(2-ethoxy-5-morpholino-acetylphenyl)-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

12. A method as defined in claim 10 wherein the compound of formula (I) is 5-(5-morpholinoacetyl-2-n-propoxyphenyl)-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

13. A method as defined in claim 10 wherein the compound of formula (I) is 5-[2-ethoxy-5-(4-methyl-1-

9

piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

14. A method as defined in claim 10 wherein the compound of formula (I) is 5-[2-allyloxy-5-(4-methyl-1-piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

15. A method as defined in claim 10 wherein the compound of formula (I) is 5-{2-ethoxy-5-[4-(2-propyl)-1-piperazinyl-sulphonyl]phenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

16. A method as defined in claim 10 wherein the compound of formula (I) is 5-{2-ethoxy-5-[4-(2-hydroxyethyl)-1-piperazinyl-sulphonyl]phenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

17. A method as defined in claim 10 wherein the compound of formula (I) is 5-{2-ethoxy-5-[4-(2-hydroxyethyl)-1-piperazinylsulphonyl]-2-n-propoxyphenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

18. A method as defined in claim 10 wherein the compound of formula (I) is 5-{2-ethoxy-5-(4-methyl-1-piperazinylcarbonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

19. A method as defined in claim 10 wherein the compound of formula (I) is 5-[2-ethoxy-5-(1-methyl-2-imidazolyl)phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one.

20. A method as defined in claim 6, wherein said animal is a human.

21. A method as defined in claim 1, wherein said compound, salt or composition is administered intravenously.

22. A method as defined in claim 1, wherein said compound, salt or composition is administered sublingually.

23. A method as defined in claim 1, wherein said compound, salt or composition is administered buccally.

24. A method of treating erectile dysfunction in a male human, comprising orally administering to a male human in need of such treatment an effective amount of a selective cGMP PDE₅ inhibitor, or a pharmaceutically acceptable salt thereof, of a pharmaceutical composition containing either entity.

10

25. A method of treating erectile dysfunction in a male human, comprising orally administering to a male human in need of such treatment an effective amount of a compound selected from:

5-(2-ethoxy-5-morpholinoacetylphenyl)-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-(5-morpholinoacetyl-2-n-propoxyphenyl)-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-[2-ethoxy-5-(4-methyl-1-piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-[2-allyloxy-5-(4-methyl-1-piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-{2-ethoxy-5-[4-(2-propyl)-1-piperazinyl-sulphonyl]phenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-{2-ethoxy-5-[4-(2-hydroxyethyl)-1-piperazinyl-sulphonyl]phenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-{5-[4-(2-hydroxyethyl)-1-piperazinylsulphonyl]-2-n-propoxyphenyl}-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

5-[2-ethoxy-5-(4-methyl-1-piperazinylcarbonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one; and

5-[2-ethoxy-5-(1-methyl-2-imidazolyl)phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one;

or a pharmaceutically acceptable salt thereof;

or a pharmaceutical composition containing either entity.

26. A method as defined in claim 25, wherein said compound is 5-[2-ethoxy-5-(4-methyl-1-piperazinylsulphonyl)-phenyl]-1-methyl-3-n-propyl-1,6-dihydro-7H-pyrazolo[4,3-d]pyrimidin-7-one, or a pharmaceutically acceptable salt thereof, or a pharmaceutical composition containing either entity.

*   *   *   *   *

CIVIL COVER SHEET

11 CV 3721

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

Pfizer Inc., Pfizer Limited,
and Pfizer Ireland Pharmaceuticals

**DEFENDANTS**

Watson Pharmaceuticals, Inc. and
Watson Laboratories, Inc.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**

KAYE SCHOLER LLP., 425 PARK AVENUE,
NEW YORK, NEW YORK (212)836-8000

**ATTORNEYS (IF KNOWN)**

RECEIVED
JUN 01 2011
U.S.D.C. S.D. N.Y.
CASHIERS

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

U.S.C. Title 35 – Patent Infringement.

Has this or a similar case been previously filed in SDNY at any time? No? [✓] Yes? [ ]    Judge Previously Assigned

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*    NATURE OF SUIT

ACTIONS UNDER STATUTES

| TORTS | | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|

**CONTRACT**

PERSONAL INJURY

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

PERSONAL INJURY

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

PERSONAL PROPERTY

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

[ ] 610 AGRICULTURE
[ ] 620 OTHER FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[✗] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/COMMODITIES/EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 463 HABEAS CORPUS-ALIEN DETAINEE
[ ] 465 OTHER IMMIGRATION ACTIONS

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Judge Thomas P. Greisa    DOCKET NUMBER 1:10-cv-08197

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.
See attached Addendum

(PLACE AN x IN BOX ONLY)    **ORIGIN**

[x] 1 Original Proceeding  [ ] 2a. Removed from State Court  [ ] 3 Remanded from Appellate Court  [ ] 4 Reinstated or Reopened  [ ] 5 Transferred from (Specify District)  [ ] 6 Multidistrict Litigation  [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

[ ] 2b.Removed from State Court AND at least one party is pro se.

---

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

---

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF [ ]1 | DEF [ ]1 |  | PTF [ ]3 | DEF [ ]3 |  | PTF [ ]5 | DEF [ ]5 |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE |  |  | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY |  |  | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |  |  |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)


Pfizer Inc.: 235 East 42 Street, New York, New York 10017
Pfizer Limited: Ramsgate Road, Sandwich, Kent, England
Pfizer Ireland Pharmaceuticals: Operations Support Group, Ringaskiddy, Co Cork, Republic of Ireland

---

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)


Watson Pharmaceuticals, Inc.: Morris Corporate Center III, 400 Interpace Parkway, Parsippany, New Jersey 07054
Watson Laboratories, Inc.: 311 Bonnie Circle, Corona, California 92880

---

DEFENDANT(S) ADDRESS UNKNOWN
    REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:


---

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN
              (DO NOT check either box if this a PRISONER PETITION.)

---

DATE 06/01/2011    SIGNATURE OF ATTORNEY OF RECORD
Daniel DiNapoli    *Daniel P DiNapoli*
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 04    Yr. 2010    )
Attorney Bar Code #DD-4790

---

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

---

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

<u>Addendum Regarding Related Case Now Pending in S.D.N.Y.</u>:

This case is related to *Pfizer Inc., et al v. Actavis Inc. et al*, 1:10-cv-08197-TPG (filed October 29, 2010), which is currently pending in the Southern District of New York. Both cases involve plaintiff Pfizer Inc. suing for infringement of its patent: U.S. Patent No, 6,469,012, (the "'012 patent") titled "Pyrazolopyrimidinones for the Treatment of Impotence." In both cases, the defendants are generic companies who have submitted Abbreviated New Drug Applications to the FDA seeking approval under the Federal Food, Drug and Cosmetic Act to market and sell, prior to the expiration of the '012 patent, 25 mg, 50 mg, and 100 mg tablets of sildenafil citrate, generic copies of Viagra®, for treatment of erectile dysfunction.