

Aaron Stiefel
+1 212 836 8442 office
Aaron.Stiefel@kayescholer.com

250 West 55th Street
New York, NY 10019-9710
+1 212 836 8000 main
+1 212 836 fax

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2015
```

February 9, 2015

Hon. Paul A. Engelmayer
U.S. District Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1305
New York, New York 10007

Re:   *Pfizer Inc., et al. v. Actavis Inc., et al.* (Civ. No. 1:10-cv-08197-PAE);
      *Pfizer Inc., et al. v. Watson Pharmaceuticals, Inc., et al.* (Civ. No. 1:11-cv-03721-PAE)

Dear Judge Engelmayer:

This firm represents plaintiffs Pfizer Inc., Pfizer Limited, and Pfizer Ireland Pharmaceuticals (collectively, "Pfizer") in the above-referenced actions. Pursuant to the Court's May 13, 2014 Civil Case Management Plan and Scheduling Order requiring the submission of a status letter every 90 days, Pfizer reports as follows on behalf of all parties.

There has been no activity since the parties' report of November 10, 2014, except that pursuant to paragraph 6 of the Case Management Plan and Scheduling Order the parties have agreed in writing to extend the February 9, 2015 deadline for serving written discovery requests to April 2.

Respectfully,

*Aaron Stiefel*

Aaron Stiefel

2/11/15

cc:  Counsel of Record

The Court appreciates this notification.

**SO ORDERED:**

*Paul A. Engelmayer*

**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**

Chicago     Los Angeles   Shanghai
Frankfurt   New York      Washington, DC
London      Palo Alto     West Palm Beach

62564114.1