USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/15

Engelmayer, P.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., PFIZER LIMITED, and PFIZER IRELAND PHARMACEUTICALS,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC.,<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. 1:11-cv-03721-PAE |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, plaintiffs Pfizer Inc., Pfizer Limited and Pfizer Ireland Pharmaceuticals (collectively "Pfizer") commenced this action by filing a complaint alleging infringement of U.S. Patent No. 6,469,012; and

WHEREAS, defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. (collectively "Watson") have filed an answer, defenses and counterclaims to Pfizer's complaint;

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., IT IS HEREBY STIPULATED AND AGREED, that this action, including all claims and counterclaims, is dismissed without prejudice, each side to bear its own costs and attorneys' fees.

**SO STIPULATED**

Dated: __4/16/15__

KAYE SCHOLER LLP

__/s/ Aaron Stiefel__
Aaron Stiefel
Daniel P. DiNapoli
Soumitra Deka
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000

*Attorneys for Plaintiffs Pfizer Inc., Pfizer Limited, and Pfizer Ireland Pharmaceuticals*


Dated: __4/16/15__

POLSINELLI SHUGHART PC

__/s/__
Gary E. Hood (*pro hac vice*)
Mark Thomas Deming (*pro hac vice*)
161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 819-1900

Robyn H. Ast (*pro hac vice*)
Karen M. Zelle (*pro hac vice*)
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
(314) 889-8000

2

Jason A. Nagi
7 Penn Plaza, Suite 600
New York, NY 10007-0017
(212) 659-4989

*Attorneys for Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.*

Dated: April 17, 2015         So ordered:

_____
Paul A. Engelmayer
United States District Judge